ACCEPTED
07-15-00281-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
7/28/2015 10:25:47 AM
Vivian Long, Clerk

## NO. 07-15-00281-CV

IN THE TEXAS COURT OF APPEALS FOR THE SEVENTH DISTRICT
AMARILLO, TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

7/28/2015 10:25:47 AM

VIVIAN LONG
CLERK

\* \* \* \* \*

### IN RE: GUIDEONE NATIONAL INSURANCE COMPANY,

### PETITIONER

\* \* \* \* \*

On Petition for Writ of Mandamus from the 99th Judicial District Court
Lubbock County, Texas

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REAL PARTIES IN INTERESTS' RESPONSE TO PETITION FOR WRIT OF MANDAMUS

\* \* \* \* \*

THE HONORABLE JUSTICES OF THE COURT:

COME NOW Real Parties in Interest, Steven Biasatti and Paul Gross d/b/a TopDog Properties ("TopDog"), and respectfully present this unopposed motion requesting that the time for filing TopDog's response to the Petition for Writ of Mandamus be extended seven (7) days, from July 30, 2015 to August 6, 2015. In support of this motion, TopDog would show the Court as follows:

1.      This motion is being filed prior to the time TopDog's response to the petition is due.

2. This original proceeding involves request for mandamus review of a trial court order signed on July 6, 2015.

3. On July 20, 2015, the Court issued a request for a response to the Petition for Writ of Mandamus setting the deadline for filing the response on July 30, 2015.

4. TopDog requests the Court extend the deadline for the response to the petition to August 6, 2015, because of scheduling conflicts for TopDog's appellate counsel under the current deadline of July 30, 2015.

5. Lead appellate counsel for TopDog, Brendan K. McBride, had previously scheduled deadlines in other appeals that have required his immediate attention since the Court's order requesting a response was issued on July 20, 2015. Specifically, counsel had to finalize and file a Motion for Rehearing *En Banc* in a complicated and technical products liability appeal pending in the Fourth Court of Appeals as Cause No. 04-14-00562-CV, *De Los Santos v. Ford Motor Co.*, which was due on July 22, 2015. In addition, counsel is currently preparing a Petition for Permissive Interlocutory Appeal for filing in the Fifth Court of Appeals, which is currently also due to be filed by July 30, 2015. TopDog respectfully request an additional seven day extension of the current deadline to file a response to the petition in this original proceeding to ensure that their lead appellate counsel has an adequate opportunity to thoroughly review the record and brief the issues raised in the petition for this Court's consideration.

2

6. This is the first extension TopDog has requested in this original proceeding.

7. This extension is not requested for any purpose of delay, but so that justice may be done.

8. **Certificate of Conference:** Counsel for Real Parties in Interest conferred with Robert Gilbreath, appellate counsel for Petitioner, regarding the relief requested in this motion via telephone on July 28, 2015. After conferring, the parties agreed that this motion could be presented to the Court as UNOPPOSED.

Respectfully submitted,


/s/Brendan K. McBride/s/
Brendan K. McBride
State Bar No. 24008900
Brendan.mcbride@att.net
THE MCBRIDE LAW FIRM
  OF COUNSEL TO GRAVELY & PEARSON, LLP
425 Soledad, Suite 620
San Antonio, Texas 78205
(210) 472-1111 Telephone
(210) 881-6752 Facsimile

And

Matthew R. Pearson
State Bar No. 00788173
mpearson@gplawfirm.com
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
(210) 472-1111 Telephone
(210) 472-1110 Facsimile

COUNSEL FOR REAL PARTIES IN INTEREST, STEVEN BIASATTI and PAUL GROSS d/b/a TOPDOG PROPERTIES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this 28th day of July, 2015 to:

Mr. Robert Gilbreath
Hawkins, Parnell, Thackston & Young, LLP
Appellate counsel for Petitioner, GuideOne Mutual Insurance Company

***Via electronic service through Texas.gov.***

/s/Brendan K. McBride/s/
Brendan K. McBride

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief is in compliance with the rules governing the length of briefs prepared by electronic means. The brief was prepared using Microsoft Word 2010. Garamond 14 pt. font was used for the body, and Garamond 12 pt. font was used for footnotes. According to the software used to prepare this brief, the total word count, including footnotes, but not including those sections excluded by rule, is 404.

_____
Brendan K. McBride